IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EDWARD NIETO,

        Plaintiff,

vs.

THOMAS P. STRIGENZ,

        Defendant.

8:25CV9

**MEMORANDUM AND ORDER**

      This matter is before the Court on its own motion.  On March 13, 2025, the Clerk of the Court sent an Order to Show Cause to Plaintiff at his last known address ordering him to show cause why this case should not be dismissed for failure to update his address and failure to pay the remaining $7.40 of the initial partial filing fee assessed in this case. Filing No. 11.  The Order granted Plaintiff 30 days to show cause why this case should not be dismissed for failure to pay the remainder of the $27.40 initial partial filing fee and to provide an updated address.  *Id.* at 2.  On April 9, 2025, Plaintiff paid the remainder of the initial partial filing fee but failed to update his address.  *See* April 9, 2025, text entry.

      Plaintiff has an obligation to keep the Court informed of his current address at all times.  *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days).

      IT IS THEREFORE ORDERED that:

      1.    Plaintiff must update his address within 30 days.  Failure to do so will result in dismissal of this action without further notice to Plaintiff.

      2    The Clerk of the Court is directed to send a copy of this Memorandum and Order and the Order to Show Cause, Filing No. 11, to the following address, which is

Plaintiff's current location according to the Nebraska Department of Correctional Services website:[1]

> Edward Nieto, #218313
> Nebraska State Penitentiary
> PO Box 22500
> Lincoln, NE 68542-2500

3.  Due to Plaintiff's apparent institutional transfer, the Court sua sponte extends the deadline to comply with the Court's Order requiring him to show cause for his failure to update his address to 30 days from the date of this Order.

4.  The Clerk of the Court is further directed to remove the prior pro se case management deadline of **April 14, 2025**: check for update address and response to show cause order, and to set a pro se case management deadline in this case using the following text: **May 22, 2025**: check for response to show cause order and updated address.

Dated this 22nd day of April, 2025.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Court

---

[1] *See* Nebraska Department of Correctional Services, *Incarceration Records by name*, https://dcs-inmatesearch.ne.gov/Corrections/InmateSearchServlet (last visited April 22, 2025).